MICHELE BECKWITH
Acting United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TAUMAI WOWEE LOLOHEA, et al,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:24-CR-0318 DJC<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal the above-referenced case, keep the indictment and any reference to the third defendant sealed, and file a redacted copy of the sealed indictment is GRANTED.

Dated:  January 14, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO FILE REDACTED COPY OF INDICTMENT