IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>**TAUMAI WOWEE LOLOHEA**<br><br>    Defendant. | CR NO: 2:24-CR-0318-DJC |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 ☒ Ad Prosequendum     ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | TAUMAI WOWEE LOLOHEA | |
| Detained at | Sacramento County Sheriff's Office, Main Jail | |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>  charging detainee with: 21 U.S.C. §§ 841, 846 – dist. of cont. substances | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Robert C. Abendroth* |
| Printed Name & Phone No: | Robert C. Abendroth, (916) 554-27616 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: January 14, 2025 | /s/ Carolyn K. Delaney<br>Honorable Carolyn K. Delaney<br>U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☒Male ☐Female | |
| Booking or CDC #: | X-5268548 | DOB: | 03/02/1997 |
| Facility Address: | 651 I Street | Race: | Pac Islander |
| Facility Phone: | Sacramento, CA 95814 | FBI#: | |
| Currently Incarcerated | Yes – SCMJ | | |

## RETURN OF SERVICE

Executed on: _____    _____
                       (signature)