1  MICHELE BECKWITH
   Acting United States Attorney
2  ROBERT C. ABENDROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:24-CR-00318-DJC

12                    Plaintiff,           STIPULATION TO CONTINUE STATUS
                                           CONFERENCE AND TO EXCLUDE TIME
13         v.                              PERIODS UNDER THE SPEEDY TRIAL ACT
                                           AND ORDER
14 TAUMAI WOWEE LOLOHEA, and
   EMALATA LOLOHEA,
15                    Defendants.

16

17                              **STIPULATION**

18
       1.     By previous order, this matter was set for status on May 15, 2025.
19
       2.     By this stipulation, the parties now move to continue the status conference until August
20
   14, 2025, at 9:00 a.m., and to exclude time between May 15, 2025, and August 14, 2025, under Local
21
   Codes T2 and T4.
22
       3.     The parties agree and stipulate, and request that the Court find the following:
23
              a)     Following their arrest based upon the indictment, the Defendants appeared in the
24
   Eastern District of California, and thereafter the Court ordered her release on conditions of pre-
25
   trial supervision.  A co-defendant in this matter has yet to make an initial appearance.
26
              b)     Portions of the discovery in this case have been tendered, and additional materials
27
   will be tendered in the coming weeks pursuant to a recently-proposed protective order.  The
28
   discovery in this matter is quite voluminous consisting of bank records for multiple accounts and

wire transfer transactions, controlled substance reports, scientific reports, electronic device downloads, and social media search warrant returns.  The discovery consists of multiple gigabytes of data.

c)      Counsel for defendants will require additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 15, 2025 to August 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

3     IT IS SO STIPULATED.

Dated:  May 9, 2025                  MICHELE BECKWITH
                                     Acting United States Attorney

*/s/ ROBERT C. ABENDROTH*
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated:  May 9, 2025                  /s/ Hootan Baigmohammadi
                                     HOOTAN BAIGMOHAMMADI
                                   Counsel for Taumai Wowee Lolhea

Dated:  May 9, 2025                  */s/ William Flynn Portanova*
                                     WILLIAM FLYNN PORTANOVA
                                   Counsel for Emalata Lolohea

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of May, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE