1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Taumai Lolohea

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) Case No.  2:24cr318-DJC
                                   )
        Plaintiff,                 ) **STIPULATION AND ORDER TO CONTINUE**
12                                 ) **STATUS CONFERENCE AND EXCLUDE TIME**
        vs.                        )
13                                 ) Date: November 20, 2025
    TAUMAI LOLOHEA &               ) Time: 9:00 a.m.
14  EMALATA LOLOHEA,               ) Judge: Hon. Daniel J. Calabretta
                                   )
15      Defendants.                )

16         IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric

17  Grant, through Assistant United States Attorney Robert Abendroth, counsel for Plaintiff, Federal

18  Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi,

19  counsel for Defendant TAUMAI LOLOHEA, and William Portonova, attorney for defendant

20  EMALATA LOLOHEA, that the Status Conference currently set for November 20, 2025 at 9:00

21  be continued to **February 26, 2026 at 9:00 a.m.**

22         The parties specifically stipulate as follows:

23      1.     To date, the government has produced over 500 pages, 26 audio/video files,

24             cellular extractions for five devices, and significant additional native discovery

25             pertaining to social media in discovery. The case has been declared complex

26             under local code T2. Dkt. 42.

27      2.     The defendants move for the Status Conference to be continued to February 26,

28

Stipulation and Order to Continue/Exclude            -1-              *United States v. Lolohea, Et. Al.,*
Time                                                                  2:24cr318-DJC

1    2026 at 9:00 a.m. because they need additional time to review discovery and

2    investigate the case.

3    3.    The defendants believe that failure to grant the requested continuance would deny

4    them the reasonable time necessary for effective preparation, taking into account

5    the exercise of due diligence.

6    4.    The government does not object to the continuance request.

7    5.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

8    Act), the parties request that the time period between November 20, 2025 and

9    February 26, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §

10    3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

11    granted by the Court at the defense's request, based on a finding that the ends of

12    justice served by granting the continuance outweighs the best interest of the

13    public and in a speedy trial. The parties also agree that it is appropriate to grant

14    the request because the case is complex (Local Code T2).

15

16    Respectfully submitted,

17    HEATHER E. WILLIAMS
    Federal Defender

18

19    Date: November 7, 2025    */s/  Hootan Baigmohammadi*
    HOOTAN BAIGMOHAMMADI
    Assistant Federal Defender

20    Attorneys for TAUMAI LOLOHEA

21

22    */s/  William Portonova*
    WILLIAM PORTONOVA

23    Attorney for EMALATA LOLOHEA

24

25    Date: November 7, 2025    ERIC GRANT
    United States Attorney

26    */s/ Robert Abendroth*
    ROBERT ABENDROTH

27    Assistant United States Attorney

28    Attorneys for Plaintiff

Stipulation and Order to Continue/Exclude          -2-          *United States v. Lolohea, Et. Al.*,
Time                                                             2:24cr318-DJC

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.


IT IS SO ORDERED.


Dated:  November 10, 2025                    /s/ Daniel J. Calabretta
_____
                                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                                 UNITED STATES DISTRICT JUDGE